**Charly BASAGOK, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–71803.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Law Office of Stephen Coghlan, San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Charly Basagok, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Hoxha v. Ashcroft,* 319 F.3d 1179, 1182 n. 4 (9th Cir.2003), and we deny the petition for review.

The record does not compel the conclusion that changed circumstances excused the untimely filing of Basagok's asylum application. See 8 C.F.R. § 1208.4(a)(4); *Ramadan v. Gonzales,* 479 F.3d 646, 656–58 (9th Cir.2007) (per curiam).

Substantial evidence supports the IJ's denial of withholding of removal because Basagok failed to establish past persecution, *see Hoxha,* 319 F.3d at 1182, and because even if the disfavored group analysis set forth in *Sael v. Ashcroft,* 386 F.3d 922, 927–29 (9th Cir.2004) applies to Christian Indonesians, Basagok did not establish a clear probability of persecution in Indonesia, *see Hoxha,* 319 F.3d at 1184–85.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.